IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HET MCPS, LLC, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Action No. RDB-24-3366 |
| AUTOFLEX, INC., *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM ORDER**

The instant case was filed on November 21, 2024. (ECF No. 1.) Through their Complaint, Plaintiffs HET MCPS, LLC, HEF-P Baltimore City, LLC, and HEF-P Manassas, LLC (collectively, "Highland" or "Plaintiffs") allege that Defendants Autoflex, Inc. and its president and owner Luis MacDonald (collectively, "Defendants") tortiously interfered with Plaintiffs' contractual relations (Counts One, Three, and Four) and prospective economic advantage (Count Two), engaged in unfair competition (Count Five), and published injurious falsehoods (Count Six); and further request declaratory relief under 28 U.S.C. §§ 2201, 2202 (Count Seven).

The docket reflects that service was effectuated on Autoflex on December 13, 2024, making its answer due January 3, 2025 (ECF No. 16), and service was effectuated on MacDonald on December 23, 2024, making his answer due January 13, 2025 (ECF No. 17). On January 14, 2025, Highland filed a Request for Entry of Default Against Defendants (ECF No. 17), which remains pending on this Court's docket. That request is now moot, as the Defendants filed Answers (ECF Nos. 20, 21) on January 24, 2025. Accordingly, the pending

Request for Entry of Default Against Defendants (ECF No. 17) is now moot.

On January 27, 2025, this Court entered a Scheduling Order (ECF No. 24), which, among other things, directed the parties to file on or before February 10, 2025 (1) requests for modification of the initial scheduling order; (2) joint requests for early settlement/ADR conference; (3) report about deposition hours; and (4) initial report about whether there is unanimous consent to proceed before a United States Magistrate Judge. (*Id.* at 1–2.) And so, on February 10, 2025, Plaintiffs filed an "Initial Report and Opposed Request to Modify Initial Scheduling Order" (ECF No. 26), which indicated that Plaintiffs requested modification to the scheduling order, noting anticipation of "significant discovery from third parties" and that extending deadlines relating to experts would promote efficiency. (*Id.* at 1–3.) Having considered Plaintiffs' request and Defendant's opposition, and finding that good cause has not been shown to justify the extent of the extensions requested, it is **HEREBY ORDERED** this 13th day of February, 2025, that the Plaintiffs' request is **GRANTED IN PART and DENIED IN PART**. Specifically, the scheduling order is **MODIFIED** as follows:

| Event | Current Date (ECF No. 24) | Plaintiffs' Requested Extension (ECF No. 26) | Revised Date |
|---|---|---|---|
| Moving for joinder of additional parties and amendment of pleadings | March 13, 2025 | April 4, 2025 | April 4, 2025 |
| Plaintiffs' Rule 26(a)(2) disclosures | March 28, 2025 | October 24, 2025 | June 27, 2025 |
| Defendants' Rule 26(a)(2) disclosures | April 28, 2025 | November 21, 2025 | July 25, 2025 |
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures | May 12, 2025 | December 19, 2025 | August 22, 2025 |
| Rule 26(e)(2) supplementation of disclosures and responses | May 19, 2025 | January 16, 2026 | August 29, 2025 |
| Discovery deadline; | June 11, 2025 | February 20, 2026 | September 26, 2025 |

| | | | |
|---|---|---|---|
| submission of status report | | | |
| Requests for admission | June 18, 2025 | February 27, 2026 | October 10, 2025 |
| Dispositive pretrial motions deadline | July 11, 2025 | April 3, 2026 | October 24, 2025 |
| Oppositions to dispositive pretrial motions deadline | Not provided in Order | May 1, 2026 | November 7, 2025 |
| Replies in support of dispositive pretrial motions deadline | Not provided in Order | May 22, 2026 | November 21, 2025 |

It is further **ORDERED** that Plaintiffs' Request for Entry of Default Against Defendants (ECF No. 17) is **DENIED AS MOOT**.

/s/
Richard D. Bennett
United States Senior District Judge

3